(Reap. Dec. 10489)

GITKIN CO. *v.* UNITED STATES

Entry No. 721135.

(Decided April 16, 1963)

*Barnes, Richardson & Colburn* for the plaintiff.
*John W. Douglas*, Assistant Attorney General, for the defendant.

WILSON, Judge: Counsel for the parties have submitted the above-enumerated appeal for reappraisement for decision on stipulation, on the basis of which I find and hold that export value, as defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the values of the merchandise involved and that such values are the invoice unit values.

Judgment will issue accordingly.